# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

THE IMMANUEL PRESBYTERIAN CHURCH
OF ALBUQUERQUE, NEW MEXICO,

      Plaintiff,

v.                                                No. CV 20-878 KWR/CG

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

      Defendant.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadlines* (the "Motion"), (Doc. 23), filed March 1, 2021. In the Motion, the parties explain that they are still in the process of "scheduling all necessary depositions." (Doc. 23 at 1). As a result, the parties request to modify the dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 13). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 13), shall be modified as follows:

1. The deadline for Plaintiff to submit expert reports shall be extended to **March 8, 2021**;

2. The deadline for Defendant to submit expert reports shall be extended to **April 7, 2021**;

3. The deadline for completion of discovery shall be extended to **August 5, 2021**;

4. The deadline for discovery motions shall be extended to **August 25, 2021**;

5. The deadline for other pretrial motions shall be extended to **September 7, 2021**;

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 13), remain in

effect unless amended by further order of the Court

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE