**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE IMMANUEL PRESBYTERIAN CHURCH
OF ALBUQUERQUE, NEW MEXICO,

       Plaintiff,

v.                                 No. CV 20-878 KWR/CG

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

       Defendant.

**<u>ORDER GRANTING MOTION TO EXTEND DEADLINE</u>**

       **THIS MATTER** is before the Court on Defendant Church Mutual Insurance

Company, S.I.'s *Unopposed Motion for Order Extending the Deadline for Defendant to

Make Expert Witness Disclosures* (the "Motion"), (Doc. 28), filed March 5, 2021. In the

Motion, Defendant explains that it "needs additional time to complete the [expert]

disclosures," and that "[a]ll other dates will remain in place." (Doc. 28 at 1). The Court,

having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and

shall be **GRANTED**.

       **IT IS THEREFORE ORDERED** that the deadline for Defendant to submit expert

reports shall be extended to **April 26, 2021**.

       All other deadlines remain in effect unless amended by further order of the Court.

       **IT IS SO ORDERED**.

                                _____
                                  THE HONORABLE CARMEN E. GARZA
                                  CHIEF UNITED STATES MAGISTRATE JUDGE