**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE IMMANUEL PRESBYTERIAN CHURCH
OF ALBUQUERQUE, NEW MEXICO,

    Plaintiff,

v.                                       No. CV 20-878 KWR/CG

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon conferring with counsel. The Court finds that conducting a settlement conference at the present time would not be fruitful.

**IT IS THEREFORE ORDERED** that the previously scheduled Telephonic Pre-Settlement Status Conference set for Monday, April 26, 2021, at 1:30 p.m., is **VACATED**.

**IT IS FURTHER ORDERED** that the previously scheduled Settlement Conference set for Tuesday, May 4, 2021, at 9:00 a.m. is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE