**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE IMMANUEL PRESBYTERIAN CHURCH
OF ALBUQUERQUE, NEW MEXICO,

      Plaintiff,

v.                                                              No. CV 20-878 KWR/CG

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

      Defendant.

## ORDER GRANTING IN PART MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadlines* (the "Motion"), (Doc. 38), filed August 5, 2021. In the Motion, the parties explain that the parties "require additional time to coordinate depositions." (Doc. 38 at 1). As a result, the parties request to modify the dates and deadlines set forth in the Court's prior *Order Granting Motion to Extend Deadlines*, (Doc. 25). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the Court's prior *Order Granting Motion to Extend Deadlines*, (Doc. 25), shall be modified as follows:

1. The deadline for completion of discovery shall be extended to **October 5, 2021**;
2. The deadline for discovery motions shall be extended to **October 25, 2021**;
3. The deadline for other pretrial motions shall be extended to **November 4, 2021**.
4. The deadline for the plaintiffs' pretrial order shall be extended to **December 20, 2021**;
5. The deadline for the defendants' pretrial order shall be extended to **January 3,**

**2022**.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE