# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

THE IMMANUEL PRESBYTERIAN CHURCH
OF ALBUQUERQUE, NEW MEXICO,

    Plaintiff,

v.                                          No. CV 20-878 KWR/CG

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

    Defendant.

## ORDER VACATING PRE-SETTLEMENT STATUS CONFERENCE

**THIS MATTER** is before the Court upon communication from counsel. **IT IS HEREBY ORDERED** that the Pre-settlement Status Conference scheduled for Wednesday, October 20, 2021, at 11:00 a.m. is **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE