**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE IMMANUEL PRESBYTERIAN CHURCH
OF ALBUQUERQUE, NEW MEXICO,

       Plaintiff,

v.                            No. CV 20-878 KWR/CG

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

       Defendant.

<u>**ORDER VACATING SETTLEMENT CONFERENCE**</u>

       **THIS MATTER** is before the Court upon conferring with counsel. The Court finds

that conducting a settlement conference at the present time would not be fruitful.

       **IT IS THEREFORE ORDERED** that the previously scheduled Settlement

Conference set for Wednesday, October 27, 2021, at 9:00 a.m. is **VACATED**.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE