**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE IMMANUEL PRESBYTERIAN CHURCH
OF ALBUQUERQUE, NEW MEXICO,

      Plaintiff,

v.                                                No. CV 20-878 KWR/CG

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

      Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadlines* (the "Motion"), (Doc. 44), filed November 11, 2021. In the Motion, the parties explain that the parties require additional time to complete expert depositions. (Doc. 44 at 1). As a result, the parties request to modify the dates and deadlines set forth in the Court's prior *Order Granting in Part Motion to Extend Deadlines*, (Doc. 39). The Court, having reviewed the Motion and noting it was filed jointly, for the reasons stated at the Telephonic Motion Hearing held on November 23, 2021, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior *Order Granting in Part Motion to Extend Deadlines*, (Doc. 39), shall be modified as follows:

1. The deadline for completion of discovery shall be extended to **January 31, 2022**;
2. The deadline for discovery motions shall be extended to **February 9, 2022**;
3. The deadline for other pretrial motions shall be extended to **February 22, 2022**.
4. The deadlines for the pretrial order are hereby vacated, to be reset by the presiding judge.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE