**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

THE IMMANUEL PRESBYTERIAN CHURCH
OF ALBUQUERQUE, NEW MEXICO,

    Plaintiff,

v.                              No. CV 20-878 KWR/CG

CHURCH MUTUAL INSURANCE
COMPANY, S.I.,

    Defendant.

## ORDER ON SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the previously scheduled Settlement Conference set for **Thursday, February 24, 2022, at 9:00 a.m.,** will be held in the Chama Courtroom of the Pete V. Domenici United States Courthouse, 333 Lomas N.W., Albuquerque, New Mexico.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE